**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STATE OF ARKANSAS                                                                                    PLAINTIFF

v.                                              No. 4:12CM00016 JLH

STACY SHUNTA ABRAM, IV                                                                        DEFENDANT

**ORDER**

Stacy Shunta Abram, IV, has filed a notice of removal purporting to remove a criminal action styled *State of Arkansas v. Stacy Shunta Abram IV*, No. CR-11-536, from the Crittenden County Circuit Court to this Court pursuant to 28 U.S.C. § 1443. Section 1446(c)(4) provides:

> The United States district court in which such notice is filed shall examine the notice promptly. If it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand.

Section 1446(c)(1) provides:

> A notice of removal of a criminal prosecution shall be filed not later than thirty days after the arraignment in the State court, or at any time before trial, whichever is earlier, except that for good cause shown the United States district court may enter an order granting the defendant or defendants leave to file the notice at a later time.

Abram has not attached any documents from the criminal proceeding in Crittenden County Circuit Court to his notice of removal. The notice of removal, however, bears the number CR-11-536 as the case number for Abram's state court case. The Court takes judicial notice of the fact that CR-11-536 is a case filed during the calendar year 2011. The notice of removal was filed on February 27, 2012. According to the notice, pretrial was scheduled for February 27, 2012, and trial on February 28, 2012. It appears that the notice of removal was filed more than thirty days after the arraignment in state court. The Court finds that the notice is untimely and summarily orders the Clerk to remand this case to the Circuit Court of Crittenden County, Arkansas.

IT IS SO ORDERED this 28th day of February, 2012.

                                                     */s/ J. Leon Holmes*
                                                     J. LEON HOLMES
                                                     UNITED STATES DISTRICT JUDGE